# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### www.flsb.uscourts.gov

In re: SANTIAGO MARTINEZ, JR.,
              Debtor. _____/

Case No.: 18-19553-LMI
Chapter 13

## EX PARTE MOTION FOR EXTENSION
## OF TIME TO FILE SCHEDULES, STATEMENTS, PLAN
## AND INFORMATION REQUIRED PURSUANT TO 11 USC 521(a)

Debtor, SANTIAGO MARTINEZ, JR., through undersigned counsel and pursuant to Local Rule 9013-1(C)(2), moves this Honorable Court for an ex parte order extending the time for Debtor to file his schedules, statements, plan and information required pursuant to 11 USC 521(a), and as grounds therefore states:

1. Debtor filed his petition for relief under Chapter 13 of the U.S. Bankruptcy Code and an order for relief was entered thereon.

2. The Clerk of the U.S. Bankruptcy Court has entered and served upon Debtor his Notice of Filing Requirements stating that certain schedules, statements, plan and information required pursuant to 11 USC 521(a) of the Debtor must be filed on or before August 20, 2018.

3. Debtor is unable to file his schedules, statements, plan and information required pursuant to 11 USC 521(a) due to a delay in the procurement of the necessary documents to prepare his schedules, statements, plan and information required pursuant to 11 USC 521(a).

4. The date of the 341 First Meeting of Creditors has not been set yet.

WHEREFORE, Debtor, SANTIAGO MARTINEZ, JR., prays that this Honorable Court enter an Ex Parte Order extending the time for filing the schedules, statements, plan and information required pursuant to 11 USC 521(a) to September 19, 2018.

Submitted By:

James Schwitalla, Esquire
F.B.N. 911488
Attorney for the Debtor
Park Place II
12954 S.W. 133 Court
Miami, Florida 33186
Office (305) 278-0811