**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:

Chapter 13
Case No.: 18-19553-LMI

**SANTIAGO MARTINEZ, JR.**,

    Debtor.

_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Chase A. Berger, Esq. and Ghidotti Berger, LLP hereby

enter their appearance as counsel for Secured Creditor, **SN SERVICING CORPORATION,**

**AS SERVICING AGENT FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE**

**OF THE PRP II PALS INVESTMENTS TRUST** ("Secured Creditor"), in these proceedings.

All parties shall take note that all future pleadings, notices, correspondence and all other

pertinent data pertaining to the above-styled matter shall be forwarded to the undersigned

counsel at the address listed below.

**Dated this 31st day of August, 2018.**

Respectfully submitted,

**GHIDOTTI | BERGER, LLP**
*Attorneys for Secured Creditor*
3050 Biscayne Blvd. - Suite 402
Miami, Florida 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

By:    /s/ Chase A. Berger
        Chase A. Berger, Esq.
        Florida Bar No. 083794
        cberger@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern

District of Florida and I am in compliance with the additional qualifications to practice in this

court as set forth in Local Rule 2090-1(A).


By:      /s/ Chase A. Berger
　　　　　　　Chase A. Berger, Esq.


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>August 31, 2018</u>, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission

of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:


*Debtor*　　　　　　　　　　　　　　*Debtor's Counsel*
**Santiago Martinez, Jr.**　　　　　　**James Schwitalla, Esq**
9620 SW 103rd PL　　　　　　　　　12954 SW 133 Ct
Miami, FL 33176　　　　　　　　　　Miami, FL 33186

*Trustee*　　　　　　　　　　　　　　*U.S. Trustee*
**Nancy K. Neidich**　　　　　　　　**Office of the US Trustee**
P.O. Box 279806　　　　　　　　　　51 S.W. 1st Avenue - Suite 1204
Miramar, FL 33027　　　　　　　　　Miami, FL 33130


By:      /s/ Chase A. Berger
　　　　　　　Chase A. Berger, Esq.